# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA M. PEREZ,<br><br>               Petitioner,<br><br>     v.<br><br>LELAND S. McEWEN, Warden,<br><br>               Respondent. | Case No. CV 12-4069-DDP (JEM)<br><br>**JUDGMENT** |

    In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: March 4, 2013

                                          DEAN D. PREGERSON
                                   UNITED STATES DISTRICT JUDGE